IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| LEONARD KRAMLICH, individually and on behalf of all others similarly situated, | : : : : Civil Action No.: 19-00906 |
| Plaintiff, | : : |
| v. | : : |
| CHARLES R. BLOSENSKI DISPOSAL COMPANY, LLC | : : : |
| Defendant | : : |

---

**JOINT MOTION FOR AN ORDER APPROVING SETTLEMENT**

Plaintiff Leonard Kramlich and Defendant Charles R. Blosenski Disposal Company, LLC, by and through their undersigned attorneys, having reached a resolution of the claims of Plaintiff under the Fair Labor Standards Act ("FLSA") and the Pennsylvania Minimum Wage Act, hereby move before this Honorable Court for an Order Approving the proposed Settlement Agreement and dismissing the instant matter with prejudice.  The Parties' arguments in support of this Motion are more fully explained in the accompanying Memorandum of Law and attached exhibits, which are incorporated into this Motion by reference.

WHEREFORE, the Parties request that this Honorable Court grant this Motion, approve the settlement of this action, and dismiss this action with prejudice. A proposed Order is attached.

Respectfully submitted,

| | |
|---|---|
| */s/ Preeya Bansal* | */s/ Patrick J. Gallo* |
| Preeya Bansal, Esq. | Patrick J. Gallo, Esq. |
| Murphy Law Group, LLC | MacElree Harvey, Ltd. |
| Eight Penn Center, Suite 2000 | 17 West Miner Street |
| 1628 John F. Kennedy Blvd. | West Chester, PA 19382 |
| Philadelphia, PA 19103 | pgallo@macelree.com |
| pbansal@phillyemploymentlawyer.com | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | *Charles R. Blosenski Disposal Company, LLC* |
| *Leonard Kramlich* | |

Dated: 7/2/2019

## **CERTIFICATE OF SERVICE**

I, Preeya Bansal, Esquire, hereby certify that on July 2, 2019, I caused a true and correct copy of the foregoing to be sent to the following counsel via ecf notification:

Patrick J. Gallo, Esq.<br>
MacElree Harvey, Ltd.<br>
17 W. Miner Street<br>
West Chester, PA 19382<br>
pgallo@macelree.com<br>
*Attorney for Defendant*

      /s/ Preeya Bansal
    Preeya Bansal, Esq.

Dated: 7/2/2019